UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS POLLOCK, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>FEDERAL INSURANCE COMPANY,<br>　　　　Defendant. | Case No. 21-cv-09975-JCS<br><br>**ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 265 |

On December 10, 2025, Plaintiffs Thomas Pollock and Eileen Tabios filed an Unopposed Administrative Motion to File Under Seal ("Motion"). Having considered the papers and evidence submitted, and good cause appearing therefore, IT IS HEREBY ORDERED THAT: The Motion is GRANTED. Exhibits 3 and 4 to the Declaration of April M. Strauss in Opposition to Defendant Federal Insurance Company's Motion to Strike Late-Produced Documents Under Rule 37 shall be sealed in their entirety.

The Court notes that Exhibit 1 to the same declaration was filed under seal even though Plaintiffs state in their sealing motion that "the Parties have stipulated that this exhibit does not warrant sealing." Dkt. no. 265 at 1.  Because that document was not accompanied by a sealing motion, it should have been filed in the public record.  Therefore, Plaintiffs are ordered to promptly file Exhibit 1 in the public record.

**IT IS SO ORDERED.**

Dated: January 3, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge